IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOSAID Technologies Incorporated,** | § § | |
| **Plaintiff** | § § | **CIVIL ACTION NO. 2:11 CV 179--TJW** |
| v. | § § § | |
| **Dell, Inc, et al** | § § | |
| **Defendants** | § | |

## DEFENDANTS MURATA ELECTRONICS NORTH AMERICA, INC. AND SYCHIP, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT OF PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendants MURATA ELECTRONICS NORTH AMERICA, INC. and SYCHIP, INC. without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to enlarge the time within which Defendants MURATA ELECTRONICS NORTH AMERICA, INC. and SYCHIP, INC. are required to move, answer or otherwise respond to Plaintiff's Complaint be enlarged to and including June 13, 2011.

II.

Counsel for Plaintiff, MOSAID Technologies Incorporated is unopposed to this request.

III.

Defendants MURATA ELECTRONICS NORTH AMERICA, INC. and SYCHIP, INC. seek this extension of time not for delay but for good cause and that justice may be served.

Additionally, while Defendants MURATA MANUFACTURING CO., LTD. and MURATA WIRELESS SOLUTIONS. have not been served, if the present extension is granted, they have agreed to waive service and file their responsive pleading by the deadline of June 13, 2011.

WHEREFORE, MURATA ELECTRONICS NORTH AMERICA, INC. and SYCHIP, INC. respectfully prays that the time to answer, move or otherwise respond to MOSAID Technologies Incorporated's Complaint be enlarged to and including June 13, 2011.

Dated: April 8, 2011

Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
Attorney at Law
217 N. Center Street
P.O. Box 2845
Longview, Texas 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
E-Mail: cj-gnharrison@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011, I electronically filed the foregoing Defendants Murata Electronics North America, Inc. and Sychip Inc.'s Unopposed Motion To Extend Time To Answer, Move Or Otherwise Respond To The Complaint Of Plaintiff with the clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Guy N. Harrison
Guy N. Harrison

## CERTIFICATE OF CONFERENCE

I certify that Plaintiff's counsel has confirmed that this motion for an extension of time to answer or otherwise respond in any manner pursuant to Federal Rules of Civil Procedure and applicable law to Plaintiff's Original Complaint for Patent Infringement up to and including June 13, 2011, is unopposed and agreed to on behalf of Plaintiff.

/s/ Guy N. Harrison
Guy N. Harrison