Case 2:11-cv-00179-MHS-CMC   Document 120-1   Filed 06/13/11   Page 1 of 3 PageID #: 1009

# EXHIBIT 1

11/20/2006 07:56 FAX  732 562 1571         IEEE STDS                              ☒012/015

# LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to: Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ  08855  USA
FAX (+1 732-562-1571)

*No license is implied by submission of this Letter of Assurance*

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: Agere Systems Inc.

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: Caroline D. Liott, Manager - Licensing, Intellectual Property
Address: 1100 American Parkway NE, Room 12C-350, Allentown, PA  18109
Telephone: (610)712-3474     Fax: (610)712-3467     E-mail: cliott@agere.com

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: IEEE 802.11g
Title: Further High-Speed Physical Layer Extension in the 2.4 GHz Band

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patent(s) and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known): See Appendix A attached hereto.

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows (*check one box only*):

☐ 1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the [Proposed] Standard.

## E. SIGNATURE:

Print name of authorized person: Stephen R. Pomraning

Title of authorized person: Director - Licensing, Intellectual Property

Signature of authorized person: [signature]      Date: 1-24-03

*Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.*

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002

11/20/2006 07:56 FAX 732 562 1571     IEEE STDS                                    ☒013/015

Appendix A

To Whom It May Concern:

At this time, Agere Systems owns the following issued United States patents and pending patent applications that include one or more claims that may be required to practice the draft standard for IEEE 802.11g (Further Higher-Speed Physical Layer Extension in the 2.4 GHz Band). Agere owns a large portfolio of patents, including a large number of patents in the Wireless Local Area Network space, and there may be other patents and patent applications in our patent portfolio that are required to meet the 802.11g standard in addition to the ones listed below.

| U.S. Issued Patents | U.S. Pending Patent Applications |
| --- | --- |
| 5,151,920 | 09/224,696 (corresponds to EP patent application 929,172) |
| 5,546,420 | 10/092,295 (corresponds to EP patent application 615,363) |
| 5,706,428 | |
| 5,751,739 | |
| 5,862,182 | |
| 6,404,732 | |
| 6,452,958 | |

Agere Systems will make available on a non-exclusive basis, under reasonable terms and conditions that are nondiscriminatory, licenses to patents and patent applications owned by Agere to the extent required to practice the IEEE 802.11g standard, subject to receipt by Agere of reciprocal licenses from the licensee.

If you have any questions regarding this matter, please contact Caroline Liott by e-mail (cliott@agere.com) or telephone (610-712-3474).