# EXHIBIT 3

LETTER OF ASSURANCE FOR ESSENTIAL PATENTS

Please return or FAX to: Secretary, IEEE-SA Standards Board Patent Committee
Institute of Electrical and Electronics Engineers, Inc.
445 Hoes Lane
Piscataway, NJ 08855 USA
FAX (+1 732-562-1571)

> No license is implied by submission of this Letter of Assurance

## A. PATENT HOLDER/ORGANIZATION:

Legal Name of Organization: Agere Systems Inc.

## B. PATENT HOLDER'S CONTACT FOR LICENSE APPLICATION:

Name & Department: Viren M Pathare, Manager - Licensing, Intellectual Property
Address: 1100 American Parkway NE, Room 12C-347, Allentown, PA 18109
Telephone: (610)712-6906   Fax: (610)712-3467   E-mail: pathare@agere.com

## C. IEEE STANDARD or PROPOSED IEEE STANDARD:

Number: IEEE 802.11n
Title: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications: Enhancements for Higher Effective Throughput

## D. PATENT HOLDER'S POSITION REGARDING LICENSING ESSENTIAL PATENT RIGHTS:

If the Patent Holder owns or controls granted patent(s) and/or pending applications that it believes may be infringed by compliance with the Proposed IEEE Standard, please specify the patent number, published application, and/or relevant claims. (A patent search is not required.)

Patent Number(s) (if known): Unknown

Relevant Claims (optional): _____

The Patent Holder states that its position with respect to licensing such patent(s) is as follows (check one box only):

☐ 1. The Patent Holder is prepared to grant a free license to an unrestricted number of applicants on a worldwide, non-discriminatory basis to comply with the [Proposed] IEEE Standard.

☒ 2. The Patent Holder is prepared to grant a license to an unrestricted number of applicants on a worldwide, non-discriminatory basis and on reasonable terms and conditions to comply with the [Proposed] IEEE Standard.

☐ 3. The Patent Holder is unwilling to grant licenses according to the provisions of either 1 or 2 above.

☐ 4. I am not aware of any patent(s) and/or patent claim(s) that my company may hold that would be relevant to the subject matter of the [Proposed] Standard.

## E. SIGNATURE:

Print name of authorized person: Kapu A. Kumar
Title of authorized person: Director - Licensing, Intellectual Property
Signature of authorized person: _Kapu A. Kumar_   Date: 9/13/04

Note: This assurance applies from the date of the standard's approval to the date of the standard's withdrawal and is irrevocable during that period.

Copyright © 2002 IEEE
Approved by IEEE-SA Standards Board Patent Committee – 11 June 2002