**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MOSAID Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 2:11-cv-00179** |
| | § | |
| **v.** | § | |
| | § | |
| **Dell, Inc., *et al.*,** | § | **Jury Trial Demanded** |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Plaintiff

MOSAID Technologies Incorporated in the above-numbered and entitled cause:

> Mateo Z. Fowler
> Texas State Bar No. 24062726
> mfowler@mckoolsmith.com
> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas  75201
> Telephone:  (214) 978-4915
> Telecopier:  (214) 978-4044

Mr. Fowler is currently admitted to practice in the United States District Court for the

Eastern District of Texas.  Theodore Stevenson, III of McKool Smith, P.C. will be lead counsel

and Attorney-in-Charge.

DATED:  April 9, 2013                    Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Mateo Z. Fowler
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@mckoolsmith.com
Steven Callahan
Texas State Bar No. 24053122
scallahan@mckoolsmith.com
Mateo Z. Fowler
Texas State Bar No. 24062726
 mfowler@mckoolsmith.com
300 Crescent Court, Suite 1500
 Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

John M. Shumaker
Texas State Bar No 24033069
jshumaker@mckoolsmith.com
**McKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 E. Houston, Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
**ATTORNEYS FOR PLAINTIFF
MOSAID TECHNOLOGIES
INCORPORATED**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on April 9, 2013, in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).


s/ Mateo Z. Fowler
Mateo Z. Fowler