IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOSAID Technologies Incorporated,** | § § | |
| Plaintiff, | § § | Case No. 2:11-cv-00179-MHS-CMC |
| v. | § § | |
| **Dell, Inc.,** *et al.*, | § § | |
| Defendants. | § | |

### ORDER GRANTING
### DEFENDANT'S, INTEL CORPORATION, UNOPPOSED MOTION TO WITHDRAW ARIANNA EVERS AS COUNSEL OF RECORD

Came on for consideration Defendant's, Intel Corporation ("Intel"), Unopposed Motion to allow Arianna Evers to withdraw as its counsel of record in the above-captioned action. The Court is of the opinion that this Motion should be GRANTED. It is therefore,

ORDERED that Arianna Evers is hereby withdrawn as counsel of record in this matter.

**Apr 10, 2013**

*[signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1