**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>     Plaintiff,<br><br><br><br>          v.<br><br>Dell, Inc. et al.,<br><br>     Defendants. | Civil Action No.<br>2:11-cv-00179<br><br>**JURY TRIAL DEMANDED** |

**MOSAID TECHNOLOGIES INCORPORATED'S**
**NOTICE OF COMPLIANCE**

Plaintiff MOSAID Technologies Incorporated ("MOSAID") hereby gives Notice that on April 4, 2013, it complied with the requirements of the Amended Order Appointing Technical Advisor (Dkt. 390), dated December 10, 2012 and the Order Granting Extension (Dkt. 500), dated April 8, 2013.  On April 4, 2013, MOSAID sent its Technology Tutorial, for delivery on April 5, 2013, to the Court and to Michael McLemore, the technical advisor assigned to this case.

DATED:  April 10, 2013

Respectfully submitted,

By: s/Theodore Stevenson, III
   THEODORE STEVENSON, III, LEAD ATTORNEY
    Texas State Bar No. 19196650
    tstevenson@mckoolsmith.com
   DAVID SOCHIA
    Texas State Bar No. 00797470
    dsochia@mckoolsmith.com
   STEVEN CALLAHAN
    Texas State Bar No. 24053122
    scallahan@mckoolsmith.com
   **MCKOOL SMITH, P.C.**
   300 Crescent Court, Suite 1500
   Dallas, Texas 75201
   Telephone: (214) 978-4000
   Telecopier: (214) 978-4044

   JOHN M. SHUMAKER
    Texas State Bar No. 24033069
    jshumaker@mckoolsmith.com
   **MCKOOL SMITH, P.C.**
   300 W. 6th Street, Suite 1700
   Austin, Texas 78701
   Telephone: (512) 692-8700
   Telecopier: (512) 692-8744

   SAMUEL F. BAXTER
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
   **MCKOOL SMITH, P.C.**
   104 East Houston, Suite 300
   Marshall, Texas 75670
   Telephone: (903) 923-9001
   Telecopier: (903) 927-2622

   *Counsel for Plaintiff MOSAID Technologies*
   *Incorporated*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 10, 2013.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

By: *John Shumaker*
JOHN SHUMAKER