IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC. | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | No. 2:11CV179 |
| | § | |
| DELL INC., ET AL. | § | |
|     Defendants | § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court: Defendants' Motion for Leave to File a Surreply to Plaintiff's Reply Claim Construction Brief (Docket Entry # 498).  The Court, having reviewed the motion and the response, is of the opinion the motion should be **GRANTED**.  Therefore, it is

**ORDERED** that Defendants are permitted to file their surreply to Plaintiff's reply claim construction brief.  It is further

**ORDERED** that Plaintiff may respond to Defendants' surreply in a five page supplemental brief.

The Court will entertain no further briefing on claim construction issues.

**SIGNED this 11th day of April, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE