IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC. | § | |
|       Plaintiff | § | |
| | § | |
| V. | § | No.  2:11CV179 |
| | § | |
| DELL INC., ET AL. | § | |
|       Defendants | § | |

## ORDER REGARDING HEARING

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. A claim construction technology tutorial is currently scheduled at 9:00 a.m. on April 16, 2013, with the claim construction hearing beginning after the tutorial. The hearing will take place in the Third Floor Courtroom in Texarkana.

On April 11, 2012, the Court ordered that each side would be limited to one hour at the technology tutorial and 2.5 hours at the claim construction hearing. The Court, having reviewed the relevant briefing, finds the original amount of time allocated to the parties will not be necessary. Each side is limited to 30 minutes for the tutorial and 1.5 hours for claim construction argument. Given this, the Court encourages the parties, in preparing for the hearing, to carefully consider the time constraints in choosing which disputed terms actually warrant oral argument.

  **IT IS SO ORDERED**.
  **SIGNED this 11th day of April, 2013.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE