**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MOSAID TECHNOLOGIES** | § | |
| **INCORPORATED** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:11-CV-179-MHS-CMC** |
| | § | |
| **DELL, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants hereby give notice that in accordance with the Court's Amended Order Appointing Technical Advisor (Dkt. 390) dated December 10, 2012, and the Order Granting Extension (Dkt. 500) dated April 8, 2013, Defendants forwarded a copy of the Technology Tutorial to the Court, via hand delivery, on April 11, 2013.  Also pursuant to the Court's Orders, a copy of the tutorial was sent to the technical advisor assigned to this case, Michael McLemore, as well as to opposing counsel, via Federal Express.

Dated: April 11, 2013

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

J. Thad Heartfield (Texas Bar No. 09346800)
M. Dru Montgomery (Texas Bar No. 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
Email: thad@jth-law.com
Email: dru@jth-law.com

David H. Dolkas (pro hac vice)
S. Michael Song
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: ddolkas@mwe.com

Matthew J. Gryzlo (pro hac vice)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312)984-6874
Facsimile: (312)984-7700
Email: mgryzlo@mwe.com

Fay E. Morisseau
(Texas Bar. No. 14460750)
100 E. Ferguson, Suite 808
Tyler, Texas 75702
Telephone: (903) 504-5621
Email: fmorisseau@gmail.com

**ATTORNEY FOR DEFENDANT
ATHEROS COMMUNICATIONS, INC.**

*/s/ Harry L. Gillam, Jr. (with permission)*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Andrew Thompson Gorham
Charles Ainsworth
Robert Christopher Bunt
Robert M. Parker
PARKER BUNT & AINSWORTH
100 E Ferguson Suite 1114 Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
tgorham@pbatyler.com
charley@pbatyler.com
rcbunt@pbatyler.com
rmparker@pbatyler.com

William F. Lee (admitted pro hac vice)
Michael J. Summersgill (admitted pro hac vice)
Mark C. Fleming (admitted pro hac vice)
Stephen M. Muller (admitted pro hac vice)
Kate Saxton (admitted pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

James L. Quarles III (admitted pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000

Mark D. Flanagan (admitted pro hac vice)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**


*/s/ Andrew Bramhall (with permission)*
Kevin P.B. Johnson
Frank Washko
Andrew J. Bramhall
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
(650) 801-5000 main
(650) 801-5100 fax
kevinjohnson@quinnemanuel.com
QE-MOSAID@quinnemanuel.com

Andy Tindel
PROVOST UMPHREY LAW FIRM LLP
112 East Line Street, Suite 304
Tyler, TX 75702
(903) 596-0900 main
(903) 596-0909 fax
atindel@andytindel.com

Eric Huang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 main
(212) 849-7100 fax
erichuang@quinnemanuel.com
QE-MOSAID@quinnemanuel.com

Melissa Baily
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 main
(415) 875-6700 fax
melissabaily@quinnemanuel.com
QE-MOSAID@quinnemanuel.com

James Lin
FREITAS TSENG BAIK & KAUFMAN
LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Direct: (650) 730-5508
(650) 593-6300 main
(650) 593-6301 fax
jlin@ftbklaw.com

**ATTORNEY FOR MARVELL
SEMICONDUCTOR, CANON INC.,
CANON USA, INC., AND LEXMARK
INTERNATIONAL, INC. AND RALINK
TECHNOLOGY CORPORATION**


*/s/ Bryan Banks (with permission)*
Shaun W. Hassett
Michael J. Newton
Stacey Garrett White
Dwayne C. Norton
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 3601
Dallas, TX 75201
(214) 922-3404 (main)
(214) 922-3864 (fax)
shaun.hassett@alston.com
mike.newton@alston.com
stacey.white@alston.com
dwayne.norton@alston.com
Dell-MOSAID@alston.com

Ryan J. McBrayer
Bar No. 28338
PERKINS COIE LLP
1201 Third Avenue, Ste. 4800
Seattle, WA 98101-3099
(206) 359-8000 (tel)
(206) 359-9000 (fax)
rmcbrayer@perkinscoie.com

Bryan S. Banks
Bar No. 023085
PERKINS COIE LLP
2901 N. Central Ave., Ste. 2000
Phoenix, AR 85012
(602) 351-8096 (tel)
(602) 648-7043 (fax)
bbanks@perkinscoie.com

Deron R. Dacus
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117 (phone & fax)
ddacus@dacusfirm.com

**ATTORNEYS FOR DELL, INC.**

*/s/ Robert Williams (with permission)*
Robert T. Haslam
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065-1418
(650) 632-4700 main
(650) 632-4800 fax
rhaslam@cov.com

Robert J. Williams
Michael M. Markman
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 111-5356
(415) 591-6000 main
(415) 591-6091 fax
rwilliams@cov.com
mmarkman@cov.com

Jeffrey J. Cox
HARTLINE DACUS BARGER DREYER,
LLP
6688 North Central Expressway, Ste 1000
Dallas, Texas 75206
(214) 369-2100 main
(214) 369-2118 fax
jcox@hdbdlaw.com

**ATTORNEYS FOR FUTUREWEI
TECHNOLOGIES, INC., HUAWEI
TECHNOLOGIES, CO., LTD.,
HUAWEI TECHNOLOGIES, USA,
INC., AND HUAWEI DEVICE USA,
INC.**


*/s/ Paul Lein    (with permission)*
Bryan Haynes
SCHEEF & STONE. LLP
500 N. Akard, Suite 2700
Dallas, TX 75201
(214) 706-4234 main
(214) 706-4242 fax
bryan.haynes@solidcounsel.com

**ATTORNEY FOR INFORMATICS
HOLDINGS, INC., AND WASP
BARCODE TECHNOLOGIES, LTD.
ATTORNEY FOR RALINK
TECHNOLOGY CORPORATION**


*/s/ Mikal Condon (with permission)*
L. Howard Chen
Mikal J. Condon
Harold H. Davis
K&L GATES LLP
Four Embarcadero Center, Ste. 1200
San Francisco, CA 94111
(415) 882-8200 main
(415) 882-8220 fax
howard.chen@klgates.com
mikal.condon@klgates.com
harold.davis@klgates.com

James G. Warriner
K&L GATES LLP
111 Congress Ave., Suite 900
Austin, Texas 78701
Telephone: 512-482-6800
Facsimile: 512-482-6859
jim.warriner@klgates.com

**ATTORNEYS FOR SMS INFOCOMM
CORPORATION, WISTRON
CORPORATION, WISTRON LLC.,
WISTRON INFOCOMM (TEXAS)
CORP., AND WISTRON INFOCOMM
TECH. (AMERICA)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 11th day of April, 2013.

/s/ *Jennifer H. Doan*
Jennifer H. Doan