IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated § | |
| § | |
| § | CASE NO. :   **2:11-CV-00179** |
| Plaintiff, § | |
| § | |
| vs. § | JURY TRIAL DEMANDED |
| § | |
| DELL, INC., et al., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Sean N. Hsu of the law firm Hartline Dacus Barger Dreyer LLP hereby makes an appearance as additional counsel on behalf of Defendants, Huawei Technologies Co., Ltd, Huawei Technologies, USA Inc., Huawei Device USA Inc. and Futurewei Technologies, Inc. Mr. Hsu is a member in good standing of the bar of the United States District Court for the Eastern District of Texas.  Robert Haslam of Covington & Burling LLP will remain as lead counsel.

Dated: April 15, 2013

Respectfully submitted,

/s/ *Robert T. Haslam*
Robert T. Haslam
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rhaslam@cov.com
Robert J. Williams (*pro hac vice*)

Robert J. Williams (*pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7065
Facsimile: (415) 955-6564
Email: rwilliams@cov.com

AND

/s/ *Sean N. Hsu*
JEFFREY J. COX
Texas State Bar No. 04947530
jcox@hdbdlaw.com
SEAN N. HSU
Texas State Bar No. 24056952
shsu@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118 (fax)

ATTORNEYS FOR DEFENDANTS
HUAWEI TECHNOLOGIES CO., LTD.,
HUAWEI TECHNOLOGIES, USA INC.,
HUAWEI DEVICE USA INC., AND
FUTUREWEI TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system on the 15TH day of April, 2013.

                                              */s/ Sean N. Hsu*