IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOSAID Technologies Incorporated** | § | |
| v. | § | No. 2:11cv179 |
| **DELL, INC., ET AL.** | § | |

### ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following pending motion is before the Court: Emergency Motion by Plaintiff MOSAID to Compel Discovery from Defendant Atheros Relating to Accused Products (Docket Entry # 513). Plaintiff's motion was filed April 23, 2013. Pursuant to Local Rule CV-7(e), a party has fourteen (14) days in which to file a response to a motion, after which the Court will consider the submitted motion for decision.  *See also* Local Rule CV-6 (three days added to the prescribed period).  In its motion, Plaintiff requests the Court compel Defendant Atheros to provide the requested discovery within three weeks.  The Court, noting the discovery deadline is two months away,  orders the following expedited briefing schedule.  It is

**ORDERED** that on or before May 1, 2013, Atheros shall file a response to Emergency Motion by Plaintiff MOSAID to Compel Discovery from Defendant Atheros Relating to Accused Products (Docket Entry # 513).  It is further

**ORDERED** that on or before May 3, 2013, Plaintiff shall file a reply brief.

**SIGNED** this 24th day of April, 2013.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE