**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dell, Inc. et al.,<br><br>Defendants. | Civil Action No.<br>2:11-cv-00179-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**MOSAID'S RESPONSE TO DEFENDANT INTEL CORPORATION'S
EMERGENCY MOTION FOR THE ISSUANCE OF LETTERS OF
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF MARCH 18, 1970**

Plaintiff MOSAID Technologies Incorporated ("MOSAID") files this Response To Defendant Intel Corporation's Emergency Motion For The Issuance Of Letters Of Request For International Judicial Assistance Pursuant To The Hague Convention Of March 18, 1970 (the "Motion"), and respectfully shows as follows:

Although MOSAID takes issue with many statements and representations contained in Intel's Motion,[1] MOSAID does not oppose the request for relief contained in the Motion (i.e., the issuance of the letters rogatory). MOSAID has conferred with Intel and the parties agree that, in light of the foregoing, there is no need for oral argument on the Motion.

---

[1] As an example, Intel repeatedly asserts that MOSAID has "frustrated" Intel's efforts to depose two named inventors of the patents-in-suit (i.e., Messrs. Diepstraten and Boer). (Mot. at 5-6.) This is simply not the case. As MOSAID has advised Intel, these individuals reside in the Netherlands and MOSAID has no ability to make these individuals available in the United States (or anywhere) for deposition. MOSAID requested that these individuals voluntarily sit for deposition, but they would not agree to do so.

- 1 -

DATED:  May 6, 2013

    Respectfully submitted,

By: s/Theodore Stevenson, III
  THEODORE STEVENSON, III, LEAD ATTORNEY
   Texas State Bar No. 19196650
   tstevenson@mckoolsmith.com
  DAVID SOCHIA
   Texas State Bar No. 00797470
   dsochia@mckoolsmith.com
  STEVEN CALLAHAN
   Texas State Bar No. 24053122
   scallahan@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

JOHN M. SHUMAKER
  Texas State Bar No. 24033069
  jshumaker@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

SAMUEL F. BAXTER
  Texas State Bar No. 01938000
  sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9001
Telecopier: (903) 927-2622

*Counsel for Plaintiff MOSAID Technologies Incorporated*

McKool 883901v1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed and served on defendants via PACER/ECF on May 6, 2013.

s/Steven Callahan
STEVEN CALLAHAN
