**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MOSAID Technologies Incorporated, | Case No. 2:11-CV-179 (CMC-MHS) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| Dell, Inc., et al., | |
| Defendants. | |

**AGREED MOTION TO STAY PROCEEDINGS AS BETWEEN PLAINTIFF MOSAID TECHNOLOGIES INC. AND DEFENDANTS HUAWEI TECH. CO., LTD.; HUAWEI DEVICE USA INC.; HUAWEI TECHNOLOGIES USA INC.; AND FUTUREWEI TECHNOLOGIES, INC.**

Plaintiff MOSAID Technologies Incorporated ("MOSAID") and Defendants Huawei Technologies Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA Inc.; and Futurewei Technologies, Inc. (collectively, "Huawei Entities") have agreed, pursuant to the terms of an agreement between the parties to resolve this dispute, to settle the claims among them asserted in this case and anticipate seeking dismissal of the Huawei Entities by June 14, 2013.  MOSAID and the Huawei Entities have agreed to mutually stay all upcoming deadlines with respect to each other while MOSAID and the Huawei Entities work toward dismissal.

Therefore, MOSAID and the Huawei Entities file this Agreed Motion to Stay Proceedings with respect to each other up to and including June 14, 2013. This request is not made for the purposes of delay or for any other improper purpose.

A proposed order is attached.

Dated: May 7, 2013                          Respectfully submitted,

By: *s/Theodore Stevenson, III (with          By:  *s/Robert J. Williams*
*permission by Robert J. Williams)*            Robert T. Haslam
Theodore Stevenson, III                        Michael M. Markman (admitted *pro hac vice*)
    Texas State Bar No. 19196650        Covington & Burling LLP
    tstevenson@mckoolsmith.com          333 Twin Dolphin Drive
David Sochia                                   Suite 700
    Texas State Bar No. 00797470        Redwood Shores, CA  94065-1418
    dsochia@mckoolsmith.com             Tel:  (650) 632-4700
Steven Callahan                                Fax:  (650) 632-4800
    Texas State Bar No. 24053122        rhaslam@cov.com
    scallahan@mckoolsmith.com
McKool Smith, P.C.                             Robert J. Williams (admitted *pro hac vice*)
300 Crescent Court, Suite 1500                 Covington & Burling LLP
Dallas, Texas 75201                            1 Front Street
Telephone: (214) 978-4000                      Suite 3500
Telecopier: (214) 978-4044                     San Francisco, CA  94111
                                               Tel:  (415) 591-7064
John M. Shumaker                               Fax:  (415) 591-6564
    Texas State Bar No. 24033069        rwilliams@cov.com
    jshumaker@mckoolsmith.com
McKool Smith, P.C.                             JEFFREY J. COX
300 W. 6th Street, Suite 1700                  Texas State Bar No. 04947530
Austin, Texas 78701                            jcox@hdbdlaw.com
Telephone: (512) 692-8700                      HARTLINE DACUS BARGER DREYER LLP
Telecopier: (512) 692-8744                     6688 North Central Expressway, Suite 1000
                                               Dallas, Texas 75206
Samuel F. Baxter                               Tel:  (214) 369-2100
    Texas State Bar No. 01938000        Fax:  (214) 369-2118
    sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9001
Telecopier: (903) 927-2622

*Counsel for Plaintiff MOSAID Technologies*     *Attorneys for Defendants Huawei Technologies*
*Incorporated*                                  *Co., Ltd.; Huawei Device USA Inc.; Huawei*
                                                *Technologies USA Inc.; and Futurewei*
                                                *Technologies, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Huawei Technologies Co., Ltd.;

Huawei Device USA Inc.; Huawei Technologies USA Inc.; and Futurewei Technologies, Inc.

and counsel for MOSAID Technologies Inc. have met and conferred, and that MOSAID

Technologies Inc. has agreed to this motion.

_s/Robert J. Williams_
Robert J. Williams

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic

service are being served with a copy of this document via e-mail.

_s/Robert J. Williams_
Robert J. Williams

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MOSAID Technologies Incorporated, | Case No. 2:11-CV-179 (CMC-MHS) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| Dell, Inc., et al., | |
| Defendants. | |

**<u>ORDER</u>**

Before the Court is an Agreed Motion to Stay Proceedings as Between Plaintiff

MOSAID Technologies Inc. and Defendants Huawei Technologies Co., Ltd.; Huawei Device

USA Inc.; Huawei Technologies USA Inc.; and Futurewei Technologies, Inc.  Having

considered the motion, the Court finds that it is well taken and it is hereby GRANTED.

The Court ORDERS that the all upcoming deadlines as between MOSAID Technologies

Inc. and Huawei Technologies Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA

Inc.; and Futurewei Technologies, Inc. are hereby STAYED up to and including June 14, 2013.