# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC. | § | |
|     Plaintiff | § | Case No. 2:11cv179 |
| V. | § | |
| | § | |
| DELL, INC., ET AL. | § | |
|     Defendants | § | |

## ORDER

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following pending motion: Agreed Motion to Stay Proceedings as Between Plaintiff MOSAID Technologies Inc. and Defendants Huawei Technologies Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA Inc.; and Futurewei Technologies, Inc (Docket Entry # 535). The Court, having reviewed the motion, is of the opinion the motion should be **GRANTED.** Accordingly, it is

**ORDERED** that all upcoming deadlines MOSAID Technologies Inc. and Huawei Technologies Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA Inc.; and Futurewei Technologies, Inc. are hereby **STAYED** up to and including June 14, 2013. In the event a stipulation of dismissal is not filed with the Court on or before June 14, 2013, the stay of proceedings shall be lifted.

**SIGNED this 8th day of May, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE