# EXHIBIT 1



# IEEE Standard for Information technology— Telecommunications and information exchange between systems— Local and metropolitan area networks— Specific requirements

## Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

802.11™

**IEEE Computer Society**

Sponsored by the
LAN/MAN Standards Committee

IEEE
3 Park Avenue
New York, NY 10016-5997, USA

12 June 2007

**IEEE Std 802.11™-2007**
(Revision of
IEEE Std 802.11-1999 )

This is a copyrighted IEEE Standard. For personal or standards development use only.

$$w_T(t) = \begin{cases} \sin^2\left(\frac{\pi}{2}(0.5 + t/T_{TR})\right) & (-T_{TR}/2 < t < T_{TR}/2) \\ 1 & (T_{TR}/2 \leq t < T - T_{TR}/2) \\ \sin^2\left(\frac{\pi}{2}(0.5 - (t-T)/T_{TR})\right) & (T - T_{TR}/2 \leq t < T + T_{TR}/2) \end{cases} \qquad (17\text{-}4)$$

In the case of vanishing $T_{TR}$, the windowing function degenerates into a rectangular pulse of duration $T$. The normative specifications of generating the transmitted waveforms shall utilize the rectangular pulse shape. In implementation, higher $T_{TR}$ is typically implemented in order to smooth the transitions between the consecutive subsections. This creates a small overlap between them, of duration $T_{TR}$, as shown in Figure 17-2. The transition time, $T_{TR}$, is about 100 ns. Smoothing the transition is required in order to reduce the spectral sidelobes of the transmitted waveform. However, the binding requirements are the spectral mask and modulation accuracy requirements, as detailed in 17.3.9.2 and 17.3.9.6. Time domain windowing, as described here, is just one way to achieve those objectives. The implementer may use other methods to achieve the same goal, such as frequency domain filtering. Therefore, the transition shape and duration of the transition are informative parameters.



**Figure 17-2—Illustration of OFDM frame with cyclic extension and windowing for (a) single reception or (b) two receptions of the FFT period**

### 17.3.2.5 Discrete time implementation considerations

The following descriptions of the discrete time implementation are informational.

In a typical implementation, the windowing function will be represented in discrete time. As an example, when a windowing function with parameters $T = 4.0$ μs and a $T_{TR} = 100$ ns is applied, and the signal is sampled at 20 Msample/s, it becomes

This is a copyrighted IEEE Standard. For personal or standards development use only.

$$w_T[n] = w_T(nT_S) = \begin{cases} 1 & 1 \leq n \leq 79 \\ 0.5 & 0, 80 \\ 0 & otherwise \end{cases} \quad (17\text{-}5)$$

The common way to implement the inverse Fourier transform, as shown in Equation (17-3), is by an IFFT algorithm. If, for example, a 64-point IFFT is used, the coefficients 1 to 26 are mapped to the same numbered IFFT inputs, while the coefficients –26 to –1 are copied into IFFT inputs 38 to 63. The rest of the inputs, 27 to 37 and the 0 (dc) input, are set to 0. This mapping is illustrated in Figure 17-3. After performing an IFFT, the output is cyclically extended to the desired length.

```
Null     ─── 0              0  ───
#1       ─── 1              1  ───
#2       ─── 2              2  ───
 .            .              .
 .            .              .
#26      ─── 26            26  ───
Null     ─── 27   IFFT     27  ───   Time Domain Outputs
Null     ───                .
Null     ─── 37            37  ───
#-26     ─── 38            38  ───
 .            .              .
 .            .              .
#-2      ─── 62            62  ───
#-1      ─── 63            63  ───
```

**Figure 17-3—Inputs and outputs of inverse Fourier transform**

### 17.3.3 PLCP preamble (SYNC)

The PLCP Preamble field is used for synchronization. It consists of 10 short symbols and two long symbols that are shown in Figure 17-4 and described in this subclause. The timings described in this subclause and shown in Figure 17-4 are for 20 MHz channel spacing. They are doubled for half-clocked (i.e., 10 MHz) channel spacing and are quadrupled for quarter-clocked (i.e., 5 MHz) channel spacing.



**Figure 17-4—OFDM training structure**

Figure 17-4 shows the OFDM training structure (PLCP preamble), where $t_1$ to $t_{10}$ denote short training symbols and $T_1$ and $T_2$ denote long training symbols. The PLCP preamble is followed by the SIGNAL field and DATA. The total training length is 16 µs. The dashed boundaries in the figure denote repetitions due to the periodicity of the inverse Fourier transform.

This is a copyrighted IEEE Standard. For personal or standards development use only.