UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>      Plaintiff<br><br>v.<br><br>DELL, INC., et al.,<br><br>      Defendants. | CIVIL ACTION No. 2:11-cv-00179-MHS-CMC |

**JOINT STIPULATION OF MOSAID TECHNOLOGIES INC.
AND ATHEROS COMMUNICATIONS, INC. REGARDING DAMAGES**

Defendant Atheros Communications, Inc., now Qualcomm Atheros, Inc., ("Qualcomm Atheros") and MOSAID Technologies Inc. ("MOSAID"), by their undersigned attorneys, enter into the following Stipulation and agree to be bound by the provisions below for all purposes in this action:

1. MOSAID acquired U.S. Patent Nos. 5,131,006; 5,151,920; 5,422,887; 5,706,428; 6,563,786; and 6,992,972, collectively, the "Patents-in-Suit," from Agere Systems, Inc. ("Agere") in 2007.

2. MOSAID stipulates and agrees that Atheros has a non-exclusive, world-wide license to the Patents-in-Suit effective May 24, 2011, pursuant to the terms of a Patent License Agreement entered into between AT&T and Qualcomm Incorporated on or about July 3, 1990 and all amendments thereto, including, without limitation, the CDMA Technology Agreement and Patent License Agreement entered into between Qualcomm Incorporated and Lucent Technologies, Inc. on or about May 20, 1997 and January 31, 2001.

3. MOSAID stipulates and agrees that MOSAID will not seek any damages for infringement of the Patents-in-Suit against Qualcomm Atheros for any Qualcomm Atheros conduct occurring after May 24, 2011.

| | |
|---|---|
| Dated: May 13, 2013 | By: */s/ Jennifer H. Doan*<br>Jennifer H. Doan (Texas Bar No. 08809050)<br>Joshua R. Thane (Texas Bar No. 24060713)<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com<br><br>J. Thad Heartfield (Texas Bar No. 09346800)<br>M. Dru Montgomery (Texas Bar No. 24010800)<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, Texas 77706<br>Telephone: (409) 866-3318<br>Fax: (409) 866-5789<br>Email: thad@jth-law.com<br>Email: dru@jth-law.com<br><br>Fay E. Morisseau (Texas Bar. No. 14460750)<br>100 E. Ferguson, Suite 808<br>Tyler, Texas 75702<br>Telephone: (903) 504-5621<br>Email: fmorisseau@gmail.com<br><br>David H. Dolkas (pro hac vice)<br>S. Michael Song<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite100<br>Menlo Park, CA 94025<br>Telephone: (650) 815-7400<br>Facsimile: (650) 815-7401<br>Email: ddolkas@mwe.com<br><br>Matthew J. Gryzlo (pro hac vice)<br>McDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone: (312)984-6874<br>Facsimile: (312)984-7700<br>Email: mgryzlo@mwe.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>**ATHEROS COMMUNICATIONS, INC.** |

<u>**JOINT STIPULATION REGARDING DAMAGES**</u> – Page 2

By: */s/ John N. Shumaker (with permission)*
Theodore Stevenson, III (Texas Bar No. 19196650)
David Sochia (Texas Bar No. 00797470)
Steven Callahan (Texas Bar No. 24053122)
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

John M. Shumaker (Texas Bar No. 24033069)
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Email: jshumaker@mckoolsmith.com

Samuel F. Baxter (Texas Bar No. 01938000)
**McKool Smith, P.C.**
104 E. Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9001
Facsimile: (903) 927-2622

**ATTORNEYS FOR PLAINTIFF MOSAID TECHNOLOGIES INCORPORATED**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 13th day of May, 2013.

/s/ *Jennifer H. Doan*
Jennifer H. Doan