# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| MOSAID Technologies Inc., <br><br> Plaintiff/Counter Defendant, <br><br> v. <br><br> Dell Inc. et al., <br><br> Defendants/Counterclaimants | Case No. 2:11-cv-179-MHS-CMC |

## ORDER GRANTING MOTION OF DEFENDANT INTEL CORPORATION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM CANADA

Before the Court is Defendant Intel Corporation's Unopposed Motion For The Issuance Of Letter Of Request For International Judicial Assistance From Canada. The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is THEREFORE ORDERED:

1. The Court will execute the Letter of Request attached to Intel's Motion; and

2. The Clerk of the Court will authenticate the Court's signature under the Seal of the Court, and provide two certified copies of the signed and sealed Letter of Request to Intel's counsel Harry L. Gillam, Jr. for delivery to the proper authorities in Canada.

**SIGNED this 20th day of May, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE