IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC. | § § | |
| V. | § § § | No.  2:11CV179 |
| DELL INC., ET AL. | § | |

### ORDER

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636.  The following motion is before the Court: Joint Motion to Amend the Scheduling and Discovery Order Regarding the Number of Testifying Experts (Docket Entry # 545).  The Court, having reviewed the joint motion, is of the opinion the motion should be **GRANTED**.[1] It is therefore ordered that:

1. Each party[2] is limited to six testifying experts.

2. Each party may allocate its six experts to testify on issues without regard to which party bears the burden of proof on those issues.

3. A party may move the Court to add additional experts for good cause shown.

**SO ORDERED**.
SIGNED this 30th day of May, 2013.

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that the increase to the limit on testifying witnesses will not be grounds to inflate the trial time allocated to each party.

[2] For these purposes, a "party" is Plaintiff MOSAID, any individual defendant, or a "Defendant Group," which the Scheduling and Discovery Order defines to include "a group of related corporate defendants that share a common parent and/or have parent/subsidiary relationships." Docket Entry # 351 at 8.

1