IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>   Plaintiff/Counter Defendant,<br><br>v.<br><br>Dell Inc., et al.,<br><br>   Defendants/ Counterclaimants. | Civil Action No. 2:11-cv-179-MHS-CMC |

**ORDER GRANTING DEFENDANT INTEL CORPORATION'S UNOPPOSED MOTION TO WITHDRAW ROBERT TANNENBAUM AS COUNSEL OF RECORD**

Came on for consideration Defendant Intel Corporation's ("Intel") Unopposed Motion to allow Robert Tannenbaum to withdraw as its counsel of record in the above-captioned action. The Court is of the opinion that this Motion should be GRANTED. It is therefore,

ORDERED that Robert Tannenbaum is hereby withdrawn as counsel of record in this matter.

**SIGNED this 3rd day of June, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE