# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dell, Inc. et al.,<br><br>Defendants. | Civil Action No.<br>2:11-cv-00179<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The matter having come before the Court upon the Unopposed Motion of Plaintiff MOSAID Technologies Incorporated's ("MOSAID") for Extension of Time to Respond to Dell, Inc. and Intel Corporation's Renewed Motion to Sever the Claims Relating to Intel Products, the Court has determined that the Motion should be GRANTED in its entirety.

The Unopposed Motion is hereby GRANTED. MOSAID's response to the motion shall be due on or before July 1, 2013.

**SIGNED this 5th day of June, 2013.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1

McKool 897747v1