UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INCORPORATED | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 2:11-CV-179-MHS-CMC |
| DELL, INC., et al., | | |
| Defendants. | | JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Defendant, Atheros Communications, Inc. ("Atheros") gives notice that in accordance with the Court's Order (Dkt. 537) dated May 8, 2013, a copy of Defendant Atheros Communications Inc.'s Third Supplemental Responses to Plaintiff Mosaid Technologies Incorporated's Second Set of Common Interrogatories were served via electronic mail, on June 7, 2013 to Plaintiff's counsel of record.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery

Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
Email: thad@jth-law.com
Email: dru@jth-law.com

David H. Dolkas (pro hac vice)
S. Michael Song
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
Email: ddolkas@mwe.com

Matthew J. Gryzlo (pro hac vice)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312)984-6874
Facsimile: (312)984-7700
Email: mgryzlo@mwe.com

Fay E. Morisseau
(Texas Bar. No. 14460750)
100 E. Ferguson, Suite 808
Tyler, Texas 75702
Telephone: (903) 504-5621
Email: fmorisseau@gmail.com

**ATTORNEY FOR DEFENDANT
ATHEROS COMMUNICATIONS, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 7th day of June, 2013.

/s/ *Jennifer H. Doan*
Jennifer H. Doan