# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MOSAID TECHNOLOGIES INCORPORATED** | § § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. 2:11-CV-00179-MHS-CMC |
| DELL, INC., et al., | § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## ORDER

The Court having considered Defendants' Unopposed Motion for Extension of Time to Serve Amended Invalidity Contentions, and finding good cause supporting it, finds the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants to serve invalidity contentions is extended to June 17, 2013.

SO ORDERED.

**SIGNED this 17th day of June, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

**ORDER** – Solo Page