# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dell, Inc. et al.,<br><br>Defendants. | Civil Action No.<br>2:11-cv-00179<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Joint Motion to Conclude Miscellaneous Discovery Matters After the Close of Fact Discovery.  Upon consideration, the Court finds that the Parties' Joint Motion to Conclude Miscellaneous Discovery Matters After the Close of Fact Discovery should be GRANTED.

**SIGNED this 20th day of June, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE