IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID Technologies Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dell, Inc. et al.,<br><br>Defendants. | Civil Action No.<br>2:11-cv-00179<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF MOSAID TECHNOLOGIES INC.'S UNOPPOSED EMERGENCY MOTION FOR THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM GERMANY AND ISRAEL**

Before the Court is MOSAID Technologies Inc.'s Motion for the Issuance of Letters of Request for International Assistance from Germany and Israel. The Court having considered this motion finds that it is well taken and hereby GRANTS the motion.

It is **THEREFORE ORDERED**:

1. The Court will execute the Letters of Request attached to MOSAID's Motion; and

2. The Clerk of the Court will authenticate the Court's signature under the Seal of the Court, and provide two certified copies of the signed and sealed Letters of Request to MOSAID's counsel David Sochia for delivery to the proper authorities in Germany and Israel.

**IT IS SO ORDERED**.
**SIGNED this 20th day of June, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

McKool 901598v1