IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOSAID Technologies Incorporated,** | § | |
| | § | |
| Plaintiff, | § | Case No. 2:11-cv-00179 (MHS-CMC) |
| | § | |
| v. | § | |
| | § | |
| **Dell, Inc.,** *et al.*, | § | **Jury Trial Demanded** |
| | § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff MOSAID Technologies Inc.'s ("MOSAID") and Defendant Atheros Communications, Inc. ("Atheros") Agreed Motion to Dismiss With Prejudice pursuant to Fed. R. Civ. P. 41(a). Having reviewed the motion, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED. It is therefore Ordered that:

1. MOSAID's claims against Atheros, including but not limited to any MOSAID claim against any direct or indirect Atheros customer as is based in whole or in part upon the use of any Atheros product, are hereby dismissed with prejudice.

2. Atheros's counterclaims against MOSAID are hereby dismissed with prejudice.

3. All costs, fees, and expenses are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 2nd day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE